IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF Guam
_____ DIVISION
(Write the District and Division, if any, of
the court in which the complaint is filed.)



FILED
DISTRICT COURT OF GUAM
JUN 21 2016
JEANNE G. QUINATA
CLERK OF COURT

Jaydeen Catherine DelaCruz
P.O. Box 5484
Hagatna Guam, 96932

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

Navy Base Housing
(Con Nav Mar)
Santa Rita, Guam, 96915

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

**Complaint to Require Performance of a Contract to Convey Real Property**
(28 U.S.C. § 1332; Diversity of Citizenship)

Case No. 16-00054
(to be filled in by the Clerk's Office)

# About These Forms

1. **In General.** This and the other pleading forms available from the www.uscourts.gov website illustrate some types of information that are useful to have in complaints and some other pleadings. The forms do not try to cover every type of case. They are limited to types of cases often filed in federal courts by those who represent themselves or who may not have much experience in federal courts.

2. **Not Legal Advice.** No form provides legal advice. No form substitutes for having or consulting a lawyer. If you are not a lawyer and are suing or have been sued, it is best to have or consult a lawyer if possible.

3. **No Guarantee.** Following a form does not guarantee that any pleading is legally or factually correct or sufficient.

4. **Variations Possible.** A form may call for more or less information than a particular court requires. The fact that a form asks for certain information does not mean that every court or a particular court requires it. And if the form does not ask for certain information, a particular court might still require it. Consult the rules and caselaw that govern in the court where you are filing the pleading.

5. **Examples Only.** The forms do not try to address or cover all the different types of claims or defenses, or how specific facts might affect a particular claim or defense. Some of the forms, such as the form for a generic complaint, apply to different types of cases. Others apply only to specific types of cases. Be careful to use the form that fits your case and the type of pleading you want to file. Be careful to change the information the form asks for to fit the facts and circumstances of your case.

6. **No Guidance on Timing or Parties.** The forms do not give any guidance on when certain kinds of pleadings or claims or defenses have to be raised, or who has to be sued. Some pleadings, claims, or defenses have to be raised at a certain point in the case or within a certain period of time. And there are limits on who can be named as a party in a case and when they have to be added. Lawyers and people representing themselves must know the Federal Rules of Civil Procedure and the caselaw setting out these and other requirements. The current Federal Rules of Civil Procedure are available, for free, at www.uscourts.gov.

7. **Privacy Requirements.** Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns over public access to electronic court files. Under this rule, papers filed with the court should not contain anyone's full social-security number or full birth date; the name of a person known to be a minor; or a complete financial-account number. A filing may include only the last four digits of a social-security number and taxpayer identification number; the year of someone's birth; a minor's initials; and the last four digits of a financial-account number.



I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Jaydeen Catherine DelaCruz
   Street Address: #8A Toves Apts.
   City and County: Bruce St. Agat
   State and Zip Code: Guam, 96915
   Telephone Number: 671.689.8495
   E-mail Address: jaydeendelacruz227@gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: Navy Base (Housing)
   Job or Title (if known): Chief
   Street Address: or Com / ComNavMar
   City and County: Santa Rita (N.Y.C. DR.)
   State and Zip Code: 96915
   Telephone Number: 671.339.7807
   E-mail Address (if known):

   Defendant No. 2
   Name:
   Job or Title (if known):
   Street Address:
   City and County:

2

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 3

    Name _____

    Job or Title _____
    (if known)

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

Defendant No. 4

    Name _____

    Job or Title _____
    (if known)

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

**II.**   **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

3

A. **The Plaintiff(s)**

   1. If the plaintiff is an individual

      The plaintiff, (name) _Jaydeen Catherine DelaCruz_, is a citizen of the State of (name) _Guam_.

   2. If the plaintiff is a corporation

      The plaintiff, (name) _Guam_, is incorporated under the laws of the State of (name) _Guam_, and has its principal place of business in the State of (name) _Guam_.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

B. **The Defendant(s)**

   1. If the defendant is an individual

      The defendant, (name) _Navy Base Housing_, is a citizen of the State of (name) _Guam_. Or is a citizen of (foreign nation) _Guam_.

   2. If the defendant is a corporation

      The defendant, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

C. **The Amount in Controversy**

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

III. **Statement of Claim**

    A.    Describe the real property owned by the defendant(s) that is the subject of this complaint. Include the address or location of the property.

_OMSC Exchange New Car Sales Naval Base Guam near the Autoport Gas Station on base._

    B.    Describe the terms of the contract you entered into with the defendant(s) to purchase the real property at issue. Attach the contract as an exhibit.

        1.    When did you enter into the contract with the defendant(s)?

_Because Salesman Allien McFadden wanted a job for me._

        2.    What is the purchase price you agreed to pay?

_$181,000.00, $170,000, $160,000, $200,000 per vehicle is as much is sold._

        3.    Describe your obligations under the contract. Include any terms regarding required deposits.

_5 yrs. on Contract personal F,3I Director for a Contractors agree and marked as a Sole priopertier and a Coporation on base._

        4.    Describe the defendant(s)' obligations under the contract, including the obligation to convey the real property at issue.

_was offered plans and issues and cause conflict of interest to the third parties involved._

5

C. Describe when and how you complied with, or attempted to comply with, all of your obligations under the contract, including payment of the purchase price. If you have not complied with all of your obligations under the contract, explain how you are ready and able to comply with those obligations.

Contract for my house, my car, my family's income debt to income ratio. Money owed in the sum of cash. Equiptment & Operations
- Big time money making
- Big time rush!

D. Describe when and how you requested that the defendant(s) convey the real property at issue and when and how the defendant(s) refused to do so. Attach copies of any correspondence with the defendant(s).

not interested in cases. of morales and values. is a americono p a americana and just don't give a rats ass as to what would ever happen in this world.

IV. Relief

What is your requested form of relief? *(check all that apply)*

☑ Specific performance of the contract. *(Explain why specific performance is the only adequate remedy and why damages would not suffice.)*

not compliance of the Law.
just totally fraud in
account information.
return checks for NSF.
Bad name, Bad income,
Bad Service.

6

- ☑ Damages sustained as a result of the defendant(s)' refusal to comply with the contract. *(Describe the damages you are requesting.)*

  property is no lien void off-Island Hire through N.Y. City the Broxzs. and is governmented by state police in N.Y.P.D. is not allowed on grounds for terminitation. dosenot touch anything and is not metaly statble.

- ☑ If specific performance cannot be granted, damages in the amount of $9,500,000,000,000.00. *(Describe the damages you are requesting.)*

  Should need insurance
  Should need better high tech. security.
  Should need family support
  Should need Expensive car
  Should need a Expensive house for businesses.

- ☑ Other relief.

  the contract is totally brech and is a civil matter and may be incriminating. Just don't ask for help when nessary. will not appriciate company. not care for you morale, welfares and values.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 21, 2016.

Signature of Plaintiff  *Jayden Catherine DelaCruz*
Printed Name of Plaintiff  Jaydeen Catherine DelaCruz

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____
Telephone Number  _____
E-mail Address  _____

8

Case 1:16-cv-00054 Document 1 Filed 06/21/16 Page 9 of 9