# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAYDEEN C. DELA CRUZ, | CIVIL CASE NO. 16-00054 |
| Plaintiff, | |
| vs. | **ORDER** |
| NAVY BASE HOUSING (CONNAVMAR), | |
| Defendant. | |

On March 29, 2017, the court ordered Plaintiff to amend her Complaint within 30 days from the date of the court order. Plaintiff was also given notice that failure to timely comply with the court order shall result in the dismissal of the case. As of the date of this order, Plaintiff has not filed an amended complaint and as such, the above-captioned matter is hereby **DISMISSED** for lack of prosecution. *See* FED. R. CIV. P. 41(b).

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
  Chief Judge
**Dated: May 15, 2017**